IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

    Plaintiff,                    No. CIV S-05-2276 DFL GGH P

  vs.

DR. ROHRER, et al.,

    Defendants.            ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 27, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Toledo was returned unserved because "CDC unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed November 9, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Toledo;

    b. Two copies of the endorsed complaint filed November 9, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 4/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
chac2276.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,                    No. CIV S-05-2276 DFL GGH P

    vs.

DR. ROHRER, et al.,

      Defendants.             NOTICE OF SUBMISSION

_____/    OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      One      completed summons form

      One      completed USM-285 forms

      Two      copies of the November 9, 2005 Complaint

DATED:

                                            Plaintiff