IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,                    No. CIV S-05-2276 FCD GGH P

    vs.

DR. ROHRER, et al.,

      Defendants.          ORDER

_____/

        On November 2, 2006, plaintiff filed an application for reconsideration of the magistrate judge's order filed October 24, 2006, denying plaintiff's motion for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 24, 2006, is affirmed.

DATED: May 11, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE