IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,              No. CIV S-05-2276 FCD GGH P

     vs.

DR. ROHRER, et al.,

      Defendants.        <u>ORDER</u>

_____/

      On May 4, 2007, defendants filed a motion to compel. Plaintiff has not filed an opposition. Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall show cause for his failure to file an opposition to defendants' motion to compel.

DATED: 6/27/07

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

chac2276.osc