IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,                          No. CIV S-05-2276 FCD GGH P

   vs.

DR. ROHRER, et al.,

      Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C.§ 1983. The court has determined that this case may be appropriate for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, (1989). In certain exceptional circumstances, however, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In this case the court is not sure whether those exceptional circumstances exist or not. Therefore, this court will refer this case to the civil rights panel in this district for review.

/////

1

Plaintiff is cautioned while the case is under review, he has responsibility to continue to prosecute his action. The court is not staying the litigation pending the review; rather the review and continued processing of this case will take place at the same time.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to copy the contents of the file and forward it to the University of California, King Hall Civil Rights Clinic;

2. On or before January 15, 2008, the Civil Rights Clinic shall inform the court of their decision;

3. Defendants' summary judgment motion filed June 27, 2007, is vacated.

DATED: 12/26/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ch2276.vac

2