IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,                    No. CIV S-05-2276 FCD GGH P

    vs.

DR. ROHRER, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On March 20, 2008, a status conference was held. Edward P. Sangster appeared on behalf of plaintiff. Stephen C. Pass appeared on behalf of defendants. Following the hearing, the court made the following ORDERS: within sixty days of March 20, 2008, plaintiff may file an amended complaint; following that time, the court will issue further orders.

DATED: 04/01/08

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

chacoan.ord

1