| | |
|---|---|
| 1 | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS** LLP |
| 2 | 55 Second Street, 17th Floor |
| 3 | San Francisco, CA 94105-3493 |
|   | Telephone: 415.882.8200 |
| 4 | Facsimile: 415.882.8220 |
| 5 | Edward P. Sangster (SBN 121041) |
|   | ed.sangster@klgates.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN, | Case No. CIV S-05-2276 FCD GGH P |
| Plaintiff, | **STIPULATION FOR 30 DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT** |
| vs. | |
| DR. ROHRER, et al., | [Assigned to Honorable Frank C. Damrell, Jr.] |
| Defendant. | Discovery Cut-Off:   not set |
| | Trial Date:             not set |

Stipulation for 30 day extension of time to file amended complaint    RECYCLED PAPER

1 | The parties, by and through their counsel of record, stipulate that the deadline for plaintiff to file an amended complaint shall be extended by 30 days, to June 18, 2008.

SO STIPULATED.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated: May 12, 2008       By:     /s/ Edward P. Sangster
                                  Edward P. Sangster
                                  Attorneys for Plaintiff

                                  EDMUND G. BROWN, JR.
                                  Attorney General of the State of California

                                  STEVEN M. BEVERCER
                                  Supervising Deputy Attorney General

Dated: May 12, 2008       By:     /s/ Stephen C. Pass
                                  Stephen C. Pass
                                  Deputy Attorney General
                                  Attorneys for Defendants Winthrop Hall, Jr. M.D., Binoye Naku, M.D., Jason Rohrer, M.C., Tessie Rallos, M.D., Daniel Thor, M.D., Ph.D. and Alvaro Traquina, M.D.

IT IS SO ORDERED.

Dated: May 20, 2008

GREGORY G. HOLLOWS
Honorable Gregory G. Hollows
United States Magistrate Judge