IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

    Plaintiff,                    No. CIV S-05-2276 FCD GGH P

    vs.

DR. ROHRER, et al.,

    Defendants.              <u>ORDER</u>

        On February 20, 2008, attorney Edward Sangster was appointed to represent plaintiff. Following a status conference, on April 2, 2008, the court granted plaintiff sixty days to file an amended complaint.

        On May 12, 2008, plaintiff filed a request for the court to order defense counsel to provide him with copies of plaintiff's medical records. Although the court has not issued a scheduling order, the court will re-open discovery for the limited purpose of plaintiff requesting these records from defense counsel as these records may assist counsel in preparation of the amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 12, 2008, request for the court to order defense counsel to provide him with medical records is denied;

1

2. Plaintiff's counsel is granted thirty days from the date of this order to serve defendants with a request for production of documents seeking plaintiff's medical records.

DATED: 05/23/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

ch2276.ord