1 | Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Plaintiff, Hipolito M. Chacoan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN<br><br>             Plaintiff,<br><br>     vs.<br><br>DR. ROHRER, et al.<br><br>             Defendant. | Case No. CIV S-05-2276 FCD GGH P<br><br>STIPULATION FOR ENTRY OF ORDER PERMITTING DEPOSITION OF PRISONER HIPOLITO M. CHACOAN; ORDER |

STIPULATION FOR ENTRY OF ORDER PERMITTING DEPOSITION OF PRISONER HIPOLITO CHACOAN; [PROPOSED] ORDER
CASE NO.: CIV S-05-2276 FCD GGH P
SF-160017 v1

1

1   Counsel for plaintiff has represented that he understands plaintiff Hipolito Chacoan will be
2   subject to deportation following completion of his sentence in September 2008. As a result, the
3   parties stipulate, pursuant to Federal Rules of Civil Procedure, Rule 30(a)(2)(B), that the deposition
4   of plaintiff Hipolito M. Chacoan may be taken.

SO STIPULATED.

Dated: August 18, 2008          By:

/s/ Edward P. Sangster
Edward P. Sangster
ed.sangster@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
Attorneys for Plaintiff

Dated: August 18, 2008          By:

/s/ Stephen C. Pass
Stephen C. Pass
Stephen.Pass@doj.ca.gov
Deputy Attorney General
Attorneys for Defendants Withrop Hall, Jr., Binoye Naku, Jason Rohrer, Tessie Rallos, Daniel Thor, and Alvaro Traquina

## **ORDER**

Good cause appearing, it is hereby ordered that counsel may take the deposition of plaintiff Hipolito M. Chacoan, P-89237

Dated: 08/21/08          By:

/s/ Gregory G. Hollows

Honorable Gregory G. Hollows
United States Magistrate Judge`

Chac2276.dep

STIPULATION FOR ENTRY OF ORDER PERMITTING DEPOSITION OF PRISONER HIPOLITO CHACOAN; [PROPOSED] ORDER
CASE NO.: CIV S-05-2276 FCD GGH P
SF-160017 v1

2