KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220

Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>DR. ROHRER, et al.,<br><br>             Defendant. | Case No. CIV S-05-2276 FCD GGH P<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS**<br><br>[Assigned to Honorable Frank C. Damrell, Jr.]<br><br>Discovery Cut-Off:   not set<br>Trial Date:              not set |

1  The parties, by and through their counsel, and pursuant to the agreement of Plaintiff following
2  his September 15, 2008 deposition, stipulate that Plaintiffs' claims against defendants Hall and
3  Rohrer should be dismissed with prejudice. Dismissed defendants agree to waive any claim for costs
4  against plaintiff.
5  SO STIPULATED.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: September 25, 2008   By: /s/
Edward P. Sangster
ed.sangster@klgates.com
Attorneys for Plaintiff

EDMUND G. BROWN, JR.
Attorney General of the State of California

STEVEN M. GEVERCER
Supervising Deputy Attorney General

Dated: September 25, 2008   By: /s/
Stephen C. Pass
Stephen.Pass@doj.ca.gov
Deputy Attorney General
Attorneys for Defendants Winthrop Hall, Jr. M.D., Binoye Naku, M.D., Jason Rohrer, M.C., Tessie Rallos, M.D., Daniel Thor, M.D., Ph.D. and Alvaro Traquina, M.D.

IT IS SO ORDERED.

Dated: September 2, 2008

GREGORY G. HOLLOWS
Honorable Gregory G. Hollows
United States Magistrate Judge