1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HIPOLITO M. CHACOAN,

11                Plaintiff,                    No. CIV S-05-2276 FCD GGH P

12        vs.

13   DR. ROHRER, et al.,

14                Defendants.                   ORDER

15   _____/

16              United States Magistrate Judge Vadas, Northern District of California (cross-

17   designated for settlement purposes in the Eastern District of California), is available for

18   settlement conferences at California State Prison-Solano.  The court has determined that this

19   action may be appropriate for a settlement conference before Judge Vadas, if plaintiff is

20   available.[1]

21   /////

22   /////

23   /////

24   /////

25   _____

26        [1]  Plaintiff's counsel previously informed the court that plaintiff may soon be released
     from incarceration and deported.

1

1         Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this

2    order, counsel shall inform the court whether a settlement conference should be set in this action.

3    DATED:  10/29/08

                                         /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

chac.st