IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

    Plaintiff,                    No. CIV S-05-2276 FCD GGH P

   vs.

DR. ROHRER, et al.,

    Defendants.           ORDER

_____/

       On December 3, 2008, plaintiff filed a status report stating that he does not intend to file an amended complaint. This matter is ready to be scheduled for dispositive motions and trial. Before the court issues a scheduling order, defendants must inform the court whether they desire to proceed on the summary judgment motion filed June 27, 2007, or whether they desire to file a new summary judgment motion.

       Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, defendants shall inform the court whether they intend to file a new summary judgment motion or proceed on the motion filed June 27, 2007.

DATED: December 10, 2008

                                          /s/ Gregory G. Hollows

ch2276.sch                                UNITED STATES MAGISTRATE JUDGE

1