IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

      Plaintiff,                            No. CIV S-05-2276 FCD GGH P

    vs.

DR. ROHRER, et al.,

      Defendants.               <u>ORDER</u>

_____/

        On December 11, 2008, and December 12, 2008, defendants filed notices of intent to file new summary judgment motions.  Defendants request until March 2009 to file these motions.

        Accordingly, IT IS HEREBY ORDERED that on or before March 2, 2009, defendants shall file summary judgment motions; these motions shall be noticed for hearing in accordance with the local rules; no extensions of time will be granted to file these motions. Following disposition of the summary judgment motions, the court will set this action for trial, if appropriate.

DATED: December 17, 2008

                                                  /s/ Gregory G. Hollows

ch2276.ord                                     UNITED STATES MAGISTRATE JUDGE