1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HIPOLITO M. CHACOAN,

11              Plaintiff,                    No. CIV S-05-2276 FCD GGH P

12         vs.

13    DR. ROHRER, et al.,

14              Defendants.            ORDER

15    _____/

16         Plaintiff, a state prisoner proceeding through counsel, has filed this civil rights

17    action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On May 14, 2009, the magistrate judge filed findings and recommendations

20    herein which were served on all parties and which contained notice to all parties that any

21    objections to the findings and recommendations were to be filed within twenty days.  Defendants

22    have filed objections to the findings and recommendations.

23         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24    304, this court has conducted a de novo  review of this case.  Having carefully reviewed the

25    entire file, the court finds the findings and recommendations to be supported by the record and

26    by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed May 14, 2009, are adopted in full;

3        2.  Defendant Naku's summary judgment motion (Docket No. 72) is denied;

4        3. The summary judgment motion on behalf of defendants Thor and Rallos

5    (Docket No. 73) is granted; and

6        4. The summary judgment motion on behalf of defendant Traquina (Docket No.

7    73) is denied.

8    DATED:  June 18, 2009.

9

10                    FRANK C. DAMRELL, JR.
                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26