IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

       Plaintiff,                   No. CIV S-05-2276 FCD GGH P

   vs.

DR. ROHRER, et al.,

       Defendants.        ORDER

_____/

       The court has determined that this action may be appropriate for a settlement conference.  Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, counsel shall inform the court whether a settlement conference should be set in this action.

DATED: July 9, 2009

                       /s/ Gregory G. Hollows

                   _____
                   UNITED STATES MAGISTRATE JUDGE

ch2276.ord