1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HIPOLITO M. CHACOAN,

11          Plaintiff,                    No. CIV S-05-2276 FCD GGH P

12      vs.

13   DR. ROHRER, et al.,

14          Defendants.              <u>ORDER</u>

15   _____/

16          IT IS HEREBY ORDERED that a settlement conference is set for October 8,

17   2009, before the Honorable Dale A. Drozd at 10:00 a.m. in Courtroom # 27; on or before

18   September 30, 2009, the parties shall submit a joint settlement statement

19   DATED: August 13, 2009

20                                    /s/ Gregory G. Hollows

21                                    _____
                                      UNITED STATES MAGISTRATE JUDGE

22   ch2276.set

23

24

25

26

                                    1