Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Rachel R. Davidson (SBN 215517)
rachel.davidson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Plaintiff, Hipolito M. Chacoan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN,<br><br>                    Plaintiff,<br><br>      vs.<br><br>DR. ROHRER, et al.<br><br>                    Defendants. | Case No. CIV S-05-2276 FCD GGH P<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE** |

1

1     This matter is presently set for a settlement conference before the Honorable Magistrate Judge
2 Dale A. Drozd on October 8 at 10 a.m.  Due to a calendar conflict of counsel for plaintiff, all parties
3 have agreed to continue the settlement conference to October 22, 2009 at 10 a.m.  Counsel
4 understands that the Court is available at this date and time.

6 So stipulated.

8 Dated:  August 18, 2009          By:
                                                    /s/  Edward P. Sangster
9                                            Edward P. Sangster
                                             ed.sangster@klgates.com
10                                           Rachel R. Davidson
                                             rachel.davidson@klgates.com
11
12                                           K&L Gates LLP
                                             Attorneys for Plaintiff

15 Dated:  August 18, 2009          By:
                                                    /s/ Stephen C. Pass
16                                           Stephen C. Pass
                                             Stephen.Pass@doj.ca.gov
17                                           Deputy Attorney General

18                                           Attorneys for Defendants Tessie Rallos, M.D., Daniel
19                                           Thor, M.D., Ph.D, and Alvaro Traquina, M.D.

21 Dated:  August 18, 2009          By:
                                                    /s/ Martha Stringer
22                                           Kathleen J. Williams
                                             kwilliams@williamslegal.net
23                                           Martha Stringer
                                             mstringer@williamslegal.net
24
25                                           Williams & Associates
                                             Attorneys for Defendant Binoye Naku, M.D.
26

2

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DATE**
**CASE NO.: CIV S-05-2276 FCD GGH P**

It is so ordered.

Dated:  August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/chacoan2276.stipord