**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
BINOYE NAKU, M.D.

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN, <br><br> Plaintiff, <br><br> vs. <br><br> DR. ROHRER, DR. TRAQUINA, DR NAKU, DL SOLOMON, DR. T. RALLOS, DR THOR, DR, A. TOLEDO, DR. HALL, DOES 1-100, <br><br> Defendants. | CASE NO: CIV-S-05-2276 FCD GGH P <br><br> **STIPULATION RE SETTLEMENT CONFERENCE** <br><br> **DATE: October 22, 2009** <br> **TIME: 10:00 a.m.** <br> **COURTROOM: 27** |

/////

/////

/////

/////

/////

/////

/////

/////

/////

/////

*Chacoan v. Rohrer, et al. [civ s 05-2276 DFL GGH P] Stipulation Re Settlement Conference*     Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

It is hereby stipulated among counsel that the settlement conference, now set for October 22, 2009 at 10:00 a.m. in Courtroom 27 of this court be taken off calendar.

WILLIAMS & ASSOCIATES

Dated:   By:   /s/*Martha M. Stringer*
Martha M. Stringer
Attorneys for Defendant Binoye Naku, M.D.

K&L GATES LLP

Dated:   By:   /s/*Edward P. Sangster* (original retained by counsel)
Edward P. Sangster
Attorneys for Plaintiff

STATE OF CALIFORNIA
DEPUTY ATTORNEY GENERAL

Dated:   By:   /s/ *Stephen C. Pass* (original retained by counsel)
Stephen C. Pass
Attorneys for Defendants Tessie Rallos, M.D., Daniel Thor, M.D., Ph.D, and Alvaro Traquina, M.D.

IT IS SO ORDERED.

Dated: October 7, 2009

/s/ Gregory G. Hollows
_____
Honorable Gregory G. Hollows
United States Magistrate Judge

chac2276.oc

*Chacoan v. Rohrer, et al. [civ s 05-2276 DFL GGH P] Stipulation Re Settlement Conference*   Page 3