Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Rachel R. Davidson (SBN 215517)
rachel.davidson@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Plaintiff, Hipolito M. Chacoan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN<br><br>                    Plaintiff,<br><br>      vs.<br><br>DR. ROHRER, et al.<br><br>                    Defendants. | Case No. CIV.S-05-2276 FCD GGH P<br><br>**STIPULATION AND ORDER TO EXTEND BY TWO COURT DAYS THE DEADLINE FOR FILING JOINT PRETRIAL CONFERENCE STATEMENT** |

   The parties stipulate to extend the deadline for filing the parties' Joint Pretrial Conference Statement by two court days – from Friday, January 8, 2010 until Tuesday, January 12, 2010. Pursuant to Local Rule 144(a), counsel request that the Court enter an order approving this stipulation extending time for the following reasons:

   1. This matter is currently set for a final pretrial conference on January 15, 2010 at 2:00 p.m.
   2. Plaintiff filed a separate pretrial statement on December 31, 2009.
   3. Local Rule 281(a)(2) requires the filing of a joint statement by January 8, 2010.  Counsel have been advised by the Court's deputy that defendants need not file separate pretrial statements.

4. Since Plaintiff filed his separate pretrial statement, one of the defense counsel (Mr. Pass) has been out of the office, initially on vacation, but recently due to illness. Thus, until today he has not been available to prepare a joint statement.

5. One of the Plaintiff's counsel (Mr. Sangster) and one defense counsel (Mr. Pass) will be out of the office and unavailable on Thursday and Friday. In the case of Mr. Sangster, his absence is for the purpose of taking two vacation days. In addition, the paralegal working on the case for Plaintiff's counsel (Ms. Yates) has been selected for jury duty, which will render her unavailable on Thursday and Friday this week. Ms Yates would have coordinated assembly and preparation of the joint pretrial statement, if she were available.

6. All counsel have been working cooperatively on this matter, and it is their collective objective to prepare a meaningful joint pretrial statement that will expedite the Court's pretrial planning process. Due to the absences of counsel and the paralegal for Plaintiff's counsel, it will not be possible to complete that process by Friday without cancellation of a brief vacation (in the case of Mr. Sangster) or rescheduling of other commitments (in the case of Mr. Pass).

7. Accordingly, counsel request that the deadline for filing the parties' Joint Pretrial Statement be extended by two court days, until noon on January 12, 2010.

SO STIPULATED

Dated: January 6, 2010        By:
                                   /s/ Edward P. Sangster
                              Edward P. Sangster
                              ed.sangster@klgates.com
                              Rachel R. Davidson
                              rachel.davidson@klgates.com

                              K&L Gates LLP
                              Attorneys for Plaintiff


Dated: January 6, 2010        By:
                                   /s/ Stephen C. Pass
                              Stephen C. Pass
                              Stephen.Pass@doj.ca.gov
                              Deputy Attorney General

2

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT**
**CASE NO.: CIV S-05-2276 FCD GGH P**

1
2      Attorneys for Defendants Tessie Rallos, M.D., Daniel Thor, M.D., Ph.D, and Alvaro Traquina, M.D.
3
4  Dated:  January 6, 2010          By:
                                          /s/ Martha Stringer
5                                     Kathleen J. Williams
                                      kwilliams@williamslegal.net
6                                     Martha Stringer
                                      mstringer@williamslegal.net
7
8                                     Williams & Associates
                                      Attorneys for Defendant Binoye Naku, M.D.
9
10
11     IT IS SO ORDERED.  The parties shall file their Joint Pretrial Statement before noon on
12  January 12, 2010.
13
14  Dated:  January 7, 2010
15                                     _____
                                       FRANK C. DAMRELL, JR.
16                                     UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT**
**CASE NO.: CIV S-05-2276 FCD GGH P**