EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
STEPHEN C. PASS, State Bar No. 131179
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-2558
 Fax: (916) 322-8288
 E-mail: Stephen.Pass@doj.ca.gov
*Attorneys for Defendant
Alvaro Traquina, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HIPOLITO M. CHACOAN,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. ROHRER, et al.,**<br><br>Defendants. | CIV. S-05-2276 FCD GGH PC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT**<br><br>Judge: Frank C. Damrell, Jr.<br>Trial Date: September 14, 2010<br>Action Filed: November 9, 2005 |

The parties stipulate to extend the deadline for filing the parties' Joint Pretrial Conference Statement until Wednesday, March 3, 2010. Pursuant to Local Rule 144(a), counsel request that the Court enter an order approving this stipulation extending time for the following reasons:

1. Trial of this matter has been reset to September 14, 2010.

2. There is presently no pretrial conference scheduled.

3. The court has previously ordered that the parties file a Joint Pretrial Statement by February 12, 2010. The parties have circulated a draft statement, but have disagreements over wording, particularly concerning the core undisputed and disputed facts. Owing to pressing deadlines in other cases and other calendaring conflicts, the parties have been unable to resolve

1

their differences and require additional time to reach agreement on the wording of the joint statement.

4. All counsel are working cooperatively, and the delay in finishing the joint statement is the result of honest disagreements and crowded and conflicting work schedules including:

    a. Counsel for defendant Traquina, M.D. had an appellate brief due on February 4, 2010, February 15 was a state holiday (with no staff available), and he was in Fresno for depositions noticed by another party in a state court matter on February 16 and 17. He has expert discovery in the same matter on February 22, and a summary judgment motion in another state court matter which must be filed by February 26.

    b. Counsel for Defendant Naku, M.D. was out of the office from February 12 until February 19, and will also be gone from February 23-26 on depositions outside of Sacramento County in another matter.

    c. Counsel for Plaintiff indicates that he has also had an extremely heavy workload in other matters.

5. The parties are aware that they have previously requested extensions of time, and are asking for what they believe is sufficient time to overcome all remaining scheduling difficulties and finalize the joint statement. Accordingly, counsel request that the deadline for filing the Joint Pretrial Statement be extended to Wednesday, March 3, 2010.

SO STIPULATED.

Dated: February 19, 2010                         Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
STEVEN M. GEVERCER
Supervising Deputy Attorney General

*/s/Stephen C. Pass*

STEPHEN C. PASS
Deputy Attorney General
*Attorneys for Defendant*
*Alvaro Traquina, M.D.*

| | | |
|---|---|---|
| Dated: February 19, 2010 | | K&L Gates LLP |
| | | By: */s/Edward P. Sangster* |
| | | Edward P. Sangster<br>ed.sangster@klgates.com<br>Rachel R. Davidson<br>rachel.davidson@klgates.com<br>*Attorneys for Plaintiff* |
| Dated: February 19, 2010 | | Williams & Associates |
| | | By: */s/ Martha Stringer* |
| | | Kathleen J. Williams<br>kwilliams@williamslegal.net<br>Martha Stringer<br>mstringer@williamslegal.net<br>*Attorneys for Defendant Binoye Naku, M.D.* |

IT IS SO ORDERED. The parties shall file their Joint Pretrial Statement by Wednesday, March 3, 2010.

Dated: February 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE