1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Supervising Deputy Attorney General
3  STEPHEN C. PASS, State Bar No. 131179
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 322-2558
6   Fax:  (916) 322-8288
    E-mail:  Stephen.Pass@doj.ca.gov
7  *Attorneys for Defendant*
   *Alvaro Traquina, M.D.*

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13
   **HIPOLITO M. CHACOAN,**                CIV. S-05-2276 FCD GGH PC
14
                                 Plaintiff,  **STIPULATION AND ORDER TO
15                                           EXTEND DEADLINE FOR FILING
                  v.                         JOINT PRETRIAL STATEMENT**
16
                                           Judge:  Frank C. Damrell, Jr.
17  **DR. ROHRER, et al.,**                 Trial Date: September 14, 2010
                                           Action Filed:  November 9, 2005
18                              Defendants.

19

20       The parties stipulate to extend the deadline for filing the parties' Joint Pretrial Conference

21  Statement until Wednesday, March 3, 2010.  Pursuant to Local Rule 144(a), counsel request that

22  the Court enter an order approving this stipulation extending time for the following reasons:

23       1.    Trial of this matter has been reset to September 14, 2010.

24       2.    There is presently no pretrial conference scheduled.

25       3.    The court has previously ordered that the parties file a Joint Pretrial Statement by

26  February 12, 2010.  The parties have circulated a draft statement, but have disagreements over

27  wording, particularly concerning the core undisputed and disputed facts.  Owing to pressing

28  deadlines in other cases and other calendaring conflicts, the parties have been unable to resolve

                                          1

        Stipulation and Order to Extend Deadline for Filing Joint Pretrial Statement  (CIV S 05-2276 FCD GGH PC)

1   their differences and require additional time to reach agreement on the wording of the joint

2   statement.

3       4.      All counsel are working cooperatively, and the delay in finishing the joint statement

4   is the result of honest disagreements and crowded and conflicting work schedules including:

5           a.      Counsel for defendant Traquina, M.D. had an appellate brief due on February 4,

6   2010, February 15 was a state holiday (with no staff available), and he was in Fresno for

7   depositions noticed by another party in a state court matter on February 16 and 17.  He has expert

8   discovery in the same matter on February 22, and a summary judgment motion in another state

9   court matter which must be filed by February 26.

10          b.      Counsel for Defendant Naku, M.D. was out of the office from February 12 until

11  February 19, and will also be gone  from February 23-26 on depositions outside of  Sacramento

12  County in another matter.

13          c.      Counsel for Plaintiff indicates that he has also had an extremely heavy

14  workload in other matters.

15      5.      The parties are aware that they have previously requested extensions of time, and are

16  asking for what they believe is sufficient time to overcome all remaining scheduling difficulties

17  and finalize the joint statement.  Accordingly, counsel request that the deadline for filing the Joint

18  Pretrial Statement be extended to Wednesday, March 3, 2010.

19      SO STIPULATED.

20  Dated:  February 19, 2010                    Respectfully submitted,

21                                              EDMUND G. BROWN JR.
                                                Attorney General of California
22                                              STEVEN M. GEVERCER
                                                Supervising Deputy Attorney General
23
                                                */s/Stephen C. Pass*
24
                                                STEPHEN C. PASS
25                                              Deputy Attorney General
                                                *Attorneys for Defendant*
26                                              *Alvaro Traquina, M.D.*

27

28

2

1    Dated:  February 19, 2010                 K&L Gates LLP

2                                    By:  */s/Edward P. Sangster*

3                              Edward P. Sangster
                               ed.sangster@klgates.com
4                              Rachel R. Davidson
                             rachel.davidson@klgates.com
5                              *Attorneys for Plaintiff*

6

7    Dated:  February 19, 2010                 Williams & Associates

8                                      By:  */s/ Martha Stringer*

9                              Kathleen J. Williams
                             kwilliams@williamslegal.net
10                              Martha Stringer
                             mstringer@williamslegal.net
11                              *Attorneys for Defendant Binoye Naku, M.D.*

12

13

14

15

16        IT IS SO ORDERED.  The parties shall file their Joint Pretrial Statement by Wednesday,

17 March 3, 2010.

18

19        Dated:  February 19, 2010

20                                FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

3