IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HIPOLITO M. CHACOAN,

    Plaintiff,                         No. CIV S-05-2276 KJM KJN P

    vs.

DR. ROHRER, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Defendant Naku has filed an ex parte motion to recuse the undersigned based in part on her participation on a panel with plaintiff's counsel, who showed exhibits he wishes to use in this case to illustrate his presentation. It is on this basis that the court finds recusal appropriate. <u>See</u> 28 U.S.C. § 455(b)(1).

        IT IS THEREFORE ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: February 11, 2011.

                                                  UNITED STATES DISTRICT JUDGE

2/chac2276.rec

1