UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN, | No. 2:05-cv-02276-MCE-KJN |
| Plaintiff, | |
| v. | <u>SUPPLEMENTAL PRETRIAL ORDER</u> |
| DR. ROHRER, et al., | TRIAL DATE: **January 30, 2012** |
| | TIME: **9:00 a.m.** |
| Defendants. | |

Pursuant to Court Order, a Final Pretrial Conference was held on January 5, 2012. Edward Sangster, Rachel Davidson and Claudia Quiroz appeared as counsel for Plaintiff. Stephen Pass appeared as counsel for Defendant Alvaro Traquina, M.D. and Martha Stringer appeared as counsel for Defendant Binoye Naku, M.D. After hearing, the Court makes the following findings and orders which supplements the Court's Pretrial Conference Order of July 30, 2010 (ECF No. 121).

I. <u>MOTIONS IN LIMINE AND OTHER MATTERS</u>

The parties argued their motions in limine at the Pretrial Conference and the Court made the following rulings:

///

1

1.   The Court deferred ruling on Defendant Naku's motion to exclude and redact irrelevant and prejudicial testimony until the time of trial.

2.   The Court granted Plaintiff's motion to preclude evidence relating to Plaintiff's underlying conviction for domestic violence and citizenship, immigration status or deportation to or current place of residence.

3.   The Court denied Plaintiff's supplemental witness list.

4.   The Court denied Plaintiff's request for judicial notice of the Life Table for Hispanic Males.

II.   <u>SUBMISSION OF DOCUMENTS TO THE COURT</u>

Counsel shall immediately electronically mail to the Court, in digital format and compatible with Microsoft Word or WordPerfect, the proposed jury instructions and verdict form(s). **These documents should be sent to mceorders@caed.uscourts.gov.**

III.   <u>DATE AND LENGTH OF TRIAL</u>

A trial is scheduled for **January 30, 2012.** The length of trial is **three (3) days.** The trial will utilize **eight (8) jurors.**

IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE