Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Rachel R. Davidson (SBN 215517)
rachel.davidson@klgates.com
Claudia A. Quiroz (SBN 254419)
claudia.quiroz@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Plaintiff, Hipolito M. Chacoan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIPOLITO M. CHACOAN | Case No. CIV S-05-2276 MCE KJN |
| Plaintiff, | **STIPULATION REGARDING THE TESTIMONY OF WITNESS ASEEM RAWAL, M.D.** |
| vs. | |
| DR. ROHRER, et al. | Complaint filed:  November 9, 2005 |
| Defendants. | Trial date:          January 30, 2012 |

Plaintiff, Hipolito M. Chacoan ("Chacoan"), Defendant, Dr. Alvaro Traquina and Defendant, Dr. Binoye Naku, by and through their counsel, stipulate that the following undisputed facts may be read and admitted to the jury at trial:

1. Aseem Rawal, M.D. ("Dr. Rawal") was a radiologist at Vacaville Imaging Center in Vacaville, California in 2003.

2. On October 10, 2003, Dr. Rawal performed a Computer Tomography ("CT Exam") of the Temporal Bones of Mr. Chacoan.

3. Dr. Rawal prepared a report on his CT Exam, entitled "CT of the Temporal Bones," which is dated October 10, 2003.

4. Dr. Rawal's report, entitled "CT of the Temporal Bones," dated October 10, 2003, [as attached hereto as Exhibit A], shall be deemed admitted at trial as Exhibit 23.

Dated:  January 25, 2012        By:
                                 /s/  Edward P. Sangster
                                Edward P. Sangster
                                ed.sangster@klgates.com
                                Rachel R. Davidson
                                rachel.davidson@klgates.com

                                K&L Gates LLP
                                Attorneys for Plaintiff


Dated:  January 24, 2012        By:
                                /s/ Stephen C. Pass (as authorized on January 24, 2012)
                                Stephen C. Pass
                                Stephen.Pass@doj.ca.gov
                                Deputy Attorney General

                                Attorneys for Defendant Alvaro Traquina, M.D.

| | | |
|---|---|---|
| Dated: January 24, 2012 | By: | /s/ Martha Stringer (as authorized on January 24, 2012) |
| | | Kathleen J. Williams |
| | | kwilliams@williamslegal.net |
| | | Martha Stringer |
| | | mstringer@williamslegal.net |
| | | |
| | | Williams & Associates |
| | | Attorneys for Defendant Binoye Naku, M.D. |

IT IS SO ORDERED.

Dated:  January 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE