UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

HIPOLITO M. CHACOAN,

v.            No. 2:05-cv-2276 MCE KJN

DR. ROHRER, et al.,

**XX** -- **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried or heard and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED FEBRUARY 3, 2012.**

Victoria C. Minor,
Clerk of the Court

ENTERED:    February 3, 2012

by: /s/ R. Becknal,
Deputy Clerk